1  [*Submitting Counsel on Signature Page*]

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: JUUL LABS, INC., MARKETING SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-02913-WHO<br><br>**JOINT STIPULATION AND [**~~PROPOSED~~**] ORDER FOR DISMISSAL WITH PREJUDICE** |
| This Document Relates to:<br><br>*Robin Bain, individually and as the legal Guardian of her minor child, B.B. v. Juul Labs, Inc., et al.*,<br><br>Case No. 20-cv-07174-WHO | |

1    The parties to this action, through their counsel and pursuant to Federal Rule of Civil
2    Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal with prejudice of Defendants Altria
3    Group Inc., Philip Morris USA Inc., Altria Client Services LLC, Altria Group Distribution
4    Company, Altria Enterprises LLC from the action captioned as *Bain v. Juul Labs, Inc., et al.*,
5    Case No. 20-cv-07174-WHO, with each party to bear its own attorney's fees and costs.

Dated:   December 12, 2022

By: */s/ Peter Farrell*

Peter A. Farrell (*pro hac vice*)
**KIRKLAND & ELLIS LLP**
1301 Pennsylvania Ave, N.W.
Washington, D.C. 20004
Telephone: (202) 389-5959

*Attorneys for Juul Labs, Inc.*

By: */s/ Beth A. Wilkinson*

Beth A. Wilkinson (*pro hac vice*)
Brian L. Stekloff (*pro hac vice*)
**WILKINSON STEKLOFF LLP**
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
bwilkinson@wilkinsonstekloff.com
bstekloff@wilkinsonstekloff.com

By: */s/ John C. Massaro*

John C. Massaro (*admitted pro hac vice*)
Jason A. Ross (*admitted pro hac vice*)
**ARNOLD & PORTER KAYE SCHOLER LLP**
601 Massachusetts Ave., N.W.
Washington D.C. 20001
Telephone: (202) 942-5000
Facsimile: (202) 94s2-5999
john.massaro@arnoldporter.com
Jason.ross@arnoldporter.com

*Attorneys for Defendants*
*ALTRIA GROUP, INC.,*
*PHILIP MORRIS USA INC.,*
*ALTRIA CLIENT SERVICES LLC,*
*ALTRIA GROUP DISTRIBUTION COMPANY, and*
*ALTRIA ENTERPRISES LLC*

Respectfully submitted,

By: */s/ Joseph G. VanZandt*

Andy D. Birchfield, Jr.
Joseph G. VanZandt
Sydney Everett
**BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, PC**
234 Commerce Street
Montgomery, AL 36103
Tel: 334-269-2343
Andy.Birchfield@BeasleyAllen.com
Joseph.VanZandt@BeasleyAllen.com
Sydney.Everett@BeasleyAllen.com

*Attorneys for Plaintiff Robin Bain and Minor Plaintiff B.B.*

**PURSUANT TO STIPULATION AND GOOD CAUSE SHOWING:** Defendants Altria Group, Inc., Philip Morris USA, Inc., Altria Client Services LLC, Altria Group Distribution Company, Altria Enterprises LLC are DISMISSED WITH PREJUDICE from the action captioned as *Bain v. Juul Labs, Inc., et al.*, Case No. 20-cv-07174-WHO, with each party to bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated:  December 19, 2022

_____
HONORABLE WILLIAM H. ORRICK
United States District Judge